IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE. MARY HARPER, ) | Bankruptcy Case No.: |
| ) | 19-81280-CRJ7 |
| Debtor, ) | |
| ) | |
| MARY HARPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adversary Proceeding No.: |
| ) | 21-80011-CRJ |
| SCOTTSBORO OB-GYN SPECIALISTS, LLC, ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT OF MELISSA CAMPBELL

Before me the undersigned notary in and for said county and state did personally appear Melissa Campbell, who, after being duly sworn, says as follows:

My name is Melissa Campbell. I am the office manager for Scottsboro OB/GYN Specialists, LLC (hereinafter "OB/GYN"). I have worked in that position for approximately 25 years.

OB/GYN does not have a chief financial officer (CFO). However, many of my job duties involve the same type of job functions that a CFO might perform. I have access to and supervision over all patient accounts, and I am responsible for billing. Also, all court-related documents, such as subpoenas and court notices (including bankruptcy matters) that are received by OB/GYN are given or delivered to me for processing or handling.

With respect to Mary Harper's account with OB/GYN, she was seen as a patient in our practice on October 29, 2019 and November 14, 2019. Ms. Harper's total amount for services was $430.00. As a Medicare recipient, Medicare paid a portion of the statements, and after certain

charge-offs, the outstanding balance was reduced to $99.91. From January 10, 2020 to January 20, 2021, Ms. Harper was mailed six separate statements for the unpaid balance of her accounts. Those six billing dates were January 10, 2020, February 28, 2020, May 4, 2020, July 31, 2020, December 4, 2020, and January 20, 2021. Bills would have been mailed to her based on a printout of patient accounts with outstanding balances, the total number of which typically ranged from 750 to 800. Ms. Harper never made a payment on the outstanding balance and never made any inquiries about the unpaid balance.

Neither I, nor do I believe anyone else employed by or associated with OB/GYN, had any knowledge or information about Ms. Harper's Chapter 13 bankruptcy. This would make sense because both dates she was seen at OB/GYN were after April 25, 2019, which I am informed is when her Chapter 13 case was filed. I learned of Ms. Harper's Chapter 7 bankruptcy when OB/GYN received a Summons and Complaint in the mail on Monday, February 8, 2021, I believe. I called Ms. Harper's attorney the next day to find out what this was all about, as I had never seen an adversary proceeding complaint before. I did not have any knowledge or information, written or verbal, from anyone or from any source that Ms. Harper had filed a Chapter 7 bankruptcy and certainly did not see or receive a notice from the Bankruptcy Court or Attorney Larsen. I can say, without qualification, that had I known that Ms. Harper had filed a Chapter 7 bankruptcy, I would have adjusted her account to a zero balance and placed a copy of the adjusted account and the notice of bankruptcy in her chart, and that would have been the end of the matter. OB/GYN's policy is to not pursue collection or legal action for account balances under $250, and I can say with certainty I would have never pursued an account balance that was less than $100.

I called Attorney John Larson's office on Tuesday, February 9. Mr. Larson was not available, and I left a message asking that he call me about this matter. He did not return my call, so on Thursday, February 11, I called again and was able to speak with him. He told me that he could make a settlement offer to resolve the matter, or I could hire a lawyer to file an answer to the Complaint. I asked him to send me a letter so that we could try to get this matter resolved. If Mr. Larson or Ms. Harper had called to inquire if we were aware she was in a Chapter 7 bankruptcy, I would of course have said "no," and then would have promptly proceeded to adjust her account balance to zero and close her account.

The Affiant sayeth not further.

Given my hand this 5 day of April, 2021.

_____
**MELISSA CAMPBELL**

Sworn to and subscribed before me on this the 5th day of April, 2021.

_____
Notary Public
My Commission Expires: 4/26/2023

3